# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Omar Alomari,** | : | |
| Plaintiff, | : | Case No. 2:11-CV-613 |
| v. | : | Judge Marbley |
| **Ohio Department of Public Safety,** *et al.*, | : | Magistrate Judge Deavers |
| Defendants. | | |

## PLAINTIFF OMAR ALOMARI'S NOTICE OF DEPOSITIONS

Plaintiff Omar Alomari, by and through undersigned counsel, hereby provides notice that the depositions of the following individuals will take place at The Knoll Law Firm, LLC, 7240 Muirfield Drive, Suite 120, Dublin, Ohio 43017, on the following dates and times:

Kathleen Bourke, July 19, 2013, 9:00 a.m.

Trooper R.L. Alonso, July 19, 2013, 1:30 p.m.

William Vedra, July 24, 2013, 9:30 a.m.

Jeanna Thomas, July 27, 2013, 1:30 p.m.

Respectfully Submitted,

*s/Laren E. Knoll*
Laren E. Knoll (0070594)
The Knoll Law Firm, LLC
7240 Muirfield Drive, Suite 120
Dublin, Ohio 43017
Telephone:  (614) 372-8890
Facsimile: (614) 452-4850
E-mail:  lknoll@knolllaw.com
*Trial Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      This is to certify that the foregoing Notice of Depositions was filed electronically with the Court this 18th day of June, 2013. Counsel will be notified via the Court's electronic notification system.

                                               *s/Laren Knoll*
                                               Laren E. Knoll, Esq.
                                               The Knoll Law Firm, LLC
                                               *Trial Attorney for Plaintiff*